**Sheridan F. Betes, appellee, v. Robert Halloman et al., on appeal of Clifford O. Stark, appellant. Gen. No. 36,248.**

 Opinion filed October 25, 1933.

B. G. Clanton, for appellant. Greenfield & Reiff, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

**Charles R. Hamsley, appellee, v. Charles C. Stannard and Ora Stannard, appellants. Gen. No. 36,280.**

 Opinion filed October 25, 1933.

Cheney, Evans & Peterson, for appellants; Albert Peterson, of counsel. Montgomery, Hart, Pritchard & Herriott, for appellee; Louis E. Hart, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

**Nathan Gumbinsky, appellant, v. Moe Rosenberg, appellee. Gen. No. 36,302.**

 Opinion filed October 25, 1933. Rehearing denied November 7, 1933.

Weissenbach, Hartman, Craig & Okin, for appellant; E. S. Hartman, of counsel. Bernard J. Brown, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

**Lillian Bear, appellant, v. Godfrey Cohn and William D. Meyering, sheriff, appellees. Gen. No. 36,311.**

 Opinion filed October 25, 1933.

Sidney F. Brown, for appellant. Lowenhaupt & Wolff, for appellees; James R. O'Leary, of counsel.

Mr. Justice Hebel delivered the opinion of the court.